Jones v. Johnson et al                                                                                           Doc. 6

```
                                            CLERK'S OFFICE U.S. DIST COURT
                                                  AT ROANOKE, VA
                                                      FILED
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA   JAN 10 2006
                                            JOHN F. CORCORAN, CLERK
                   ROANOKE DIVISION          BY:
                                                  DEPUTY CLERK
```

| | |
|---|---|
| BENJAMIN H. JOHN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00009 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN TRACY S. RAY, ) | |
| et. al., ) | By: Hon. James C. Turk |
| ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the memorandum opinion entered this day, it is hereby
**ORDERED**
that plaintiff is hereby **DENIED** the opportunity to proceed in forma pauperis, and the action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g), and is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order to and to counsel of record for the defendants, if known.

ENTER: This __10th__ day of January, 2006.

/s/ James C. Turk
Senior United States District Judge

Dockets.Justia.com